EXHIBIT A

## SUMMONS

| | |
|---|---|
| Attorney(s): Corey E. Ahart, Esquire | **Superior Court of New Jersey** |
| Office Address: 2617 Hadley Drive | |
| Town, State, Zip Code: Pennsauken, NJ 08109 | Atlantic County |
| Telephone Number: (856) 786-6489 | Law Division |
| Attorney(s) for Plaintiff: William O'Brien | |
| WILLIAM J. O'BRIEN | Docket No: ATL-000879-18 |
| Plaintiff(s) | |
| Vs. | **CIVIL ACTION SUMMONS** |
| NARRAGANSETT BAY INSURANCE COMPANY | |
| Defendant(s) | |

*[Stamp: DAVID D. DAVIES, PROCESS SERVER A TRUE COPY ATTEST AND DISINTERESTED PERSON]*

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

/s/ Michelle M. Smith
Clerk of the Superior Court

DATED: 04/24/2018

Name of Defendant to Be Served: NARRAGANSETT BAY INSURANCE COMPANY

Address of Defendant to Be Served: 25 Maple Street, Pawtucket, RI 02860

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

COREY E. AHART, ESQUIRE
ATTY ID #: 048291997
2617 HADLEY DRIVE
PENNSAUKEN, NEW JERSEY 08109
(609) 332-5888
ATTORNEY FOR WILLIAM O'BRIEN

| | |
|---|---|
| WILLIAM J. O'BRIEN, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>NARRAGANSETT BAY INSURANCE COMPANY, ABC CORPORATIONS 1-5 and JOHN DOES 1-10<br>Defendant | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>ATLANTIC COUNTY<br><br>DOCKET NO. ATL-L-000879-18<br><br>CIVIL ACTION<br><br>**DECLARATORY JUDGMENT COMPLAINT AND FOR PAYMENT UNDER POLICY** |

Plaintiff, William O'Brien, owner of 5 Seashore Lane, Somers Point, New Jersey 08244-1117, County of Atlantic, by way of a declaratory judgment complaint and demand to be paid the relevant coverage amounts, against Defendant, alleges as follows:

## BACKGROUND

1. Plaintiff at all relevant times herein was covered under a valid homeowners insurance policy with Defendant under policy number 10347391, HO3. The Defendant is in the business of providing homeowners coverage and issued the policy of insurance on Plaintiff's home in Atlantic County, New Jersey.

2. On or about December 6, 2016, Plaintiffs home was completely destroyed by fire.

3. Plaintiff reported the damage to the Defendant and a claim was set up and assigned claim number 01NJ10347391.

4. The Defendant did tender a check to Plaintiff in the amount of $109,896.82, this check was not accepted by the Plaintiff as the Defendant did pay the full coverage amount and did not pay all benefits under the policy.

5. The Plaintiff was not paid per the policy, the Plaintiff was not paid any relocation payments which was covered up to $50,000.00 in the policy.

6. In addition, the dwelling that was completely destroyed by the fire was covered to $150,000.00 with other coverage available as well.

7. The check tendered to the Plaintiff is a clear violation of terms of the policy of insurance issued to the Plaintiff.

8. Because the Defendant failed to provide any legitimate reason for not paying for all relevant coverage under the policy, the Plaintiff has been damaged.

9. Plaintiff has made all payments related to this policy of insurance. The policy has never been suspended, cancelled or inactive at any time and was in full force and effect at the time of the claim.

10. The denial of coverage and insufficient payment for the total loss is in violation of the policy issued to the Plaintiff and was denied in bad faith and without sufficient justification.

## COUNT I

11. Plaintiffs hereby incorporate paragraphs one through ten as if fully set forth at length herein.

12. The Defendant has wrongfully and intentionally not paid the appropriate amount on this claim, and is in breach of the policy of insurance by not paying the appropriate coverage amounts.

13. The Plaintiff hereby demands judgment by this Court ordering the Defendant pay for all the relevant coverage in the valid policy of insurance

14. Plaintiff's damages in this case exceed two hundred thousand dollars and zero cents ($200,000.00).

**WHEREFORE**, Plaintiffs requests a declaration of coverage, payment under the claim for damage to both the roof and inside of the home, along with any applicable attorney's fees related to the declaratory judgment action, cost of defense, costs of suit and any other relief the court deems just and equitable.

## COUNT II

15. Plaintiff repeats and realleges paragraphs one through fourteen as if fully set forth at length herein.

14. By not paying the Plaintiff for all coverage afforded under his policy of insurance, the Plaintiff has acted in bad faith.

15. Under the Bad Faith standard, the Defendant can be held liable if its denial of a claim or delay in paying it lacked any reasonable basis.

16. In this case, there has been absolutely no basis provided for not paying the Plaintiff for all the relevant coverage provided in his insurance policy.

17. As a result of the Bad Faith of Defendant, Plaintiff was injured, and the Defendant is liable for compensatory, actual, incidental and consequential damages, attorney's fees, and costs of suit.

**WHEREFORE**, Plaintiff demands judgment against the defendants for all damages, including, but not limited to those mentioned above, costs of suit, attorney's fees, and any other relief this Court deems appropriate.

LAW OFFICE OF COREY E. AHART

*[signature]*

COREY E. AHART

## CERTIFICATION PURSUANT TO R. 4:5-1(b)(2)

The undersigned counsel certifies that there are no other State Court actions or arbitrations pending involving the subject matter of this controversy at this time. There are no additional known parties who should be joined to the present action.

I certify the foregoing to be true. I am aware that if the above is willfully false, I am subject to penalties under the law.

*[signature]*

Corey E. Ahart, Esquire
Attorney for Plaintiff

## JURY DEMAND

The Plaintiff hereby demands a trial by jury as to all issues.

*[signature]*

Corey E. Ahart, Esquire
Attorney for Plaintiff

**Case Details | Case Number: ATL-L-000879-18**

Case Caption: O'BRIEN WILLIAM VS NARRAGANSETT BAY INSURANCE C

| | | |
|---|---|---|
| Court: Civil Part | Venue: ATLANTIC | Case Initiation: 04/24/2018 |
| Case Track: 1 | Case Status: Active | Jury Demand: YES - 6 JURORS |
| Case Type: OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) | Judge: SIRACUSA, MARY, C | Team: 3 |

Law Firm Case ID:

**Transaction Information**

| | | |
|---|---|---|
| Transaction ID: LCV2018712847 | Received by eCourts On: 04/24/2018 | Total Payment Amount: $250.00 |

Documents Received:
**COMPLAINT**
**Case Information Statement**

To: Guaranteed Subpoena Process Service   Page 4 of 8   2018-04-24 19:16:42 (GMT)   18563249054 From: Corey Ahart